IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

Case No.: 16-2023-CA-007200-XXXX-MA
Division: CV-E

SAMUEL WILLIAMS
     Plaintiff,

vs.

KENNETH ROARK and PHOENIX MEDICAL PRODUCTS, INC.,
     Defendants.
_____/

## AMENDED COMPLAINT

**COMES NOW**, Plaintiff, Samuel Williams, by and through the undersigned attorney, files this amended complaint against Defendants, Kenneth Roark and Phoenix Medical Products, Inc., and would allege as follows:

### PARTIES

1. Plaintiff, Samuel Williams is an individual, who lives and resides in Jacksonville, Duval County, Florida.

2. Defendant, Kenneth Roark, is an individual, who lives and resides in Mountain City, Johnson County, Tennessee.

3. Defendant, Phoenix Medical Products, Inc., is Foreign corporation, registered in the State of Tennessee with a principal place of business located at 1535 Cold Springs Road, Mountain City, TN 37683, and whose registered agent is Diane C. Foley located at 1535 Cold Springs Road, Mountain City, TN 37683.

### JURISDICTIONAL STATEMENT

4. The amount in controversy exceeds $50,000.00, excluding interest, costs, and attorney's fees, which is within the jurisdiction of the court in accordance with Section 34.01 of the Florida Statutes.

### LONG ARM JURISDICTION

5. Defendant, Phoenix Medical Products, Inc., has submitted herself to the jurisdiction of the courts of the State of Florida under Section 48.193(1)(a) 1 and 2 of the Florida Statutes by (1) operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office or agency in this state; and (2) committing a tortious act within this state.

## VENUE

6. Venue in Duval County, Florida is proper in this action under Section 47.011 of the Florida Statutes because it is where the incident occurred.

## FACTS IN SUPPORT OF CLAIMS

7. On or about March 5, 2023, Defendant, Kenneth Roark, was the authorized driver of a vehicle owned by Defendant, Phoenix Medical Products, Inc.

8. At the same time and location, Plaintiff was operating a motor vehicle.

9. On or about March 5, 2023, Defendant, Kenneth Roark negligently operated, and/or maintained the vehicle owned by Defendant, Phoenix Medical Products, Inc., so that it collided with Plaintiff.

10. On or about March 5, 2023, Defendant, Kenneth Roark operated the vehicle with the knowledge, consent and authority of his employer Defendant, Phoenix Medical Products, Inc.

11. At all times material hereto, Defendant, Kenneth Roark was operating the vehicle referenced herein within the course and scope of his employment with Defendant, Phoenix Medical Products, Inc.

## COUNT 1: NEGLIGENCE

12. Plaintiff adopts and re-alleges all material allegations contained in paragraphs (1 – 11) as though fully rewritten herein.

13. At all times material hereto, Defendant, Kenneth Roark owed a duty to Plaintiff to operate his vehicle as a reasonable person would under the same or similar circumstances.

14. Defendant, Kenneth Roark breached this duty by (a) operating the vehicle at a high rate of speed; (c) failing to obey traffic rules; (d) failing to yield to traffic; and (e) failing to properly operate said vehicle to avoid a collision with Plaintiff.

15. But for the actions of Defendant, Kenneth Roark the accident would not have occurred. Defendant, Kenneth Roark is the actual and legal cause of the collision.

16. As a direct and proximate result, of Defendant, Kenneth Roark's negligence Plaintiff, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, loss of earnings, loss of ability to earn money and damages to his personal property and vehicle. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

## COUNT 2: VICARIOUS LIABILITY

17. Plaintiff adopts and re-alleges all material allegations contained in paragraphs (1 – 15) as though fully rewritten herein.

18. On or about March 5, 2023, Defendant, Kenneth Roark, was an agent, and/or employee of Defendant, Phoenix Medical Products, Inc.

19. On or about March 5, 2023, Defendant, Kenneth Roark, was operating a motor vehicle owned by Defendant, Phoenix Medical Products, Inc.

20. On or about March 5, 2023, Defendant, Kenneth Roark, was operating the motor vehicle in question during the course & scope of his employment in the interest and benefit of Defendant, Phoenix Medical Products, Inc.,

21. Defendant, Kenneth Roark owed a duty to operate the vehicle owned by his employer Defendant, Phoenix Medical Products, Inc., in a reasonable manner and breach said duty owed resulting in injury to Plaintiff.

22. Defendant, Phoenix Medical Products, Inc., is responsible for the actions of its employee via the doctrine of respondent superior.  The negligence of Defendant, Kenneth Roark, authorized driver, and agent caused the collision; Plaintiff, was injured because of Defendant, Kenneth Roark's actions.

23. As a direct and proximate result, of Defendant, Kenneth Roark's negligence Plaintiff, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, loss of earnings, loss of ability to earn money and damages to his personal property and vehicle. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

## DEMAND FOR JURY TRIAL

24. Plaintiff demands a trial of this action and counts by jury.

## DEMAND FOR JUDGMENT

**WHEREFORE**, Plaintiff, demands a jury trial of this action, and further demand judgment against Defendants, for general damages, and for such other and further relief, in law or in equity, to which Plaintiff may be justly entitled.

Respectfully,

By: _____/s/ A. Jordan Felix_____

A. Jordan Felix, Esq.  
Florida Bar Number: 89024  
P.O. Box 40004  
Jacksonville, FL 32203  
Tele: (904) 403-1009  
Fax: (904) 404-8356  
E-Mail: aj@felix.law  
