UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAMUEL WILLIAMS,

    Plaintiff,

v.

    Case No. 3:23-cv-1443-TJC-MCR

KENNETH ROARK and PHOENIX
MEDICAL PRODUCTS, INC.,

    Defendants.

**ORDER**

Upon review of the Joint Stipulation of Dismissal (Doc. 15), filed on June 7, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 11th day of June, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record